UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 12140
    JEAN M RUFFING

                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6286

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/01/05 and confirmed on 06/17/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  26640.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WEBSTER BANK NAT'L ASSOC | CURRENT MORTG | .00 | .00 | .00 |
| FIRST MIDWEST BANK | SECURED VEHIC | 3664.09 | 204.32 | 3664.09 |
| CITIBANK SOUTH DAKOTA NA | UNSECURED | 7912.55 | .00 | 6438.94 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5506.81 | .00 | 4481.24 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1743.96 | .00 | 1419.17 |
| UNITED STUDENT AID FUNDS | UNSECURED | 9044.91 | .00 | 7360.42 |

        Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3664.09 | .00 | 24208.23 | .00 | 27872.32 |
| PRINCIPAL PAID | 3664.09 | .00 | 19699.77 | .00 | 23363.86 |
| INTEREST PAID | 204.32 | .00 | .00 | .00 | 204.32 |
| TOTAL PAID | 3868.41 | .00 | 19699.77 | .00 | 23568.18 |

The Debtor's attorney, JENNIFER A BLANC           , was allowed $  2200.00
and was paid $   250.00  direct and $  1950.00  through the plan.

The Trustee received $   1121.82 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 08/19/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                              PAGE  2
    CASE NO. 05 B 12140 JEAN M RUFFING
```